☐ ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**09        1760**

William DiGianni,
       Plaintiff Pro-se,

-against-

**COMPLAINT
FOR RETALIATION
UNDER THE
EMPLOYMENT DISCRIMINATION
ANTI-RETALIATION CLAUSE**

Jury Trial Demanded   Yes

Pearson,
Pearson Education,
Richard Mills Commissioner for
New York State Department of Education,
New York State Department of Education,
American International Group,
       Defendants.

**MAUSKOPF, J.**

**BLOOM, M.J.**

---

This action is brought for adverse actions taken against me by the defendants under **TITLE V of the Civil Rights Act of 1964**, because they **retaliated against me** for having filed complaints for employment discrimination, pursuant to:

   X    Title V of the Civil Rights Act of 1964, as codified, 42 USC Sections 2000e to 2000e-17, which has Title V as an Anti-Retaliation Clause.

I.   **Parties in the complaint**

A.
    Plaintiff    William DiGianni
                    2147 83rd Street
                    Brooklyn
                    New York, 11214
                    (917) 213-8335
                    GuillermoD05@aol.com

RECEIVED
APR 29 2009
PRO SE OFFICE

B.
    Defendants:   New York State Department of Education
                         89 Washington Avenue
                         Albany, New York 12234

0

Richard Mills Commissioner for
New York State Department of Education
89 Washington Avenue
Albany, N.Y. 12234

Pearson
330 Ave. of the Americas
New York, N.Y. 10019

Pearson Education (a Division of Pearson)
One Lake Street
Upper Saddle River, N.J. 07458
(201) 236-7000

American International Group
175 Water Street
New York, N.Y. 10038

C. The address where the **adverse actions** the defendants took against me out of **Retaliation for having filed Title VII complaints for employment discrimination** is:

William DiGianni
2147 83rd Street
Brooklyn,
N.Y. 11214
(917)213-8335

**II.   Statement of Claim:**

A. The adverse action I complain about in this action that the defendants took against me

was out of **Retaliation** for my having filed Title VII Civil Rights complaints for employment discrimination the past.

B. It is my best recollection that the alleged adverse actions taken against me by:

New York State Department of Education, Richard Mills, Commissioner for New York State Department of Education, Pearson, and Pearson Education (A Division of Pearson) occurred on: November 7, 2008; and

American International Group, occurred on December 25, 2008.

C. I believe that the defendants are still committing these acts against me.

D. Defendants took adverse actions against me out of Retaliation because I had filed Title VII Civil Rights cases for employment discrimination in the past.

E. The facts of my case are as follow:

I am an individual who has filed statutory Title VII complaints under the Civil Rights Act of 1964 for employment discrimination in EEOC, OCR and in Federal Court.

<u>New York State Department of Education, Richard Mills, the Commissioner for the New York State Department of Education, Pearson, and Pearson Education (A Division of Pearson)</u> knew that I had filed Title VII complaints under the Civil Rights Act of 1964 for employment discrimination in the past; and

These defendants retaliated against me for doing so, in this action that took place on <u>November 7, 2008</u>, when they denied me the alternative testing accommodations I had requested to take the New York State Teacher Certification Examinations to meet my needs; and

These defendants took further adverse action against me when the reason they gave was mere PRETEXT; and

The adverse action these defendants took against me prevented me from being employed as a teacher or even a teacher assistant anywhere in the State of New York; and because

I took their actions against me to have been aversive and retaliatory against me, just because I had filed those Title VII complaints in the past.

<u>American International Group</u> knew that I had filed Title VII complaints under the Civil Rights Act of 1964 for employment discrimination in the past, at least because of a prior Title V case for Retaliation under the Employment Discrimination Anti-Retaliation Clause I had filed against them in the past; and

This defendant took adverse action against me on <u>December 25, 2008</u> when they refused to let me complete my on-line application for employment with them – just because they didn't want to hire a troublemaker; and

This defendant would not let me access my on-line application any further; and because

I took their actions against me to have been aversive and retaliatory against me, just because I had filed those Title VII complaints in the past.

## III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendants' alleged aversive Retaliatory actions under Title V for Retaliation under the Employment

Discrimination Anti-Retaliation Clause on: February 2, 2009, not for any sense of "rehashing." These are separate cases which took place at different times.

B. The Equal Employment Opportunity Commission issued Notices of Right to Sue letters, which I received on February 27, 2009.

## IV.    Relief:

**Wherefore,** plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as follows: in the amount of at least $5,000,000.00 (five million dollars) each, as well as punitive damages and exemplary charges, each, as the jury may allow.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 24TH day of APRIL, 2009.

Signature of Plaintiff: _____

Address          2147 83rd Street
                 Brooklyn, N.Y. 11214
Telephone Number (917)213-8335
E-Mail address   GuillermoD05@aol.com
Fax Number       347-374-6325

MENG O. YONG
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
REG. NO. 01YO6190048
MY COMMISSION EXPIRES 07-07-2012

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: William DiGianni
2147 83rd Street
Brooklyn, NY 11214

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2009-01611 | John B. Douglass, Supervisory Investigator | (212) 336-3765 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Spencer H. Lewis, Jr.,
Director

2/27/09
(Date Mailed)

cc: PEARSON EDUCATION
Attn: Human Resources Director
1330 Avenue Of The Americas
New York, NY 10019

Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520 2009 01611 |

and EEOC

State or local Agency, if any

**Name** (Indicate Mr., Ms., Mrs.): MR. William DiGianni
**Date of Birth:** 11/24/80
**Street Address:** 2147 83rd St.
**City, State and ZIP Code:** Brooklyn NY 11214

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

**Name:** Pearson
**No. Employees, Members:** 500+
**Phone No. with Area Code:**
**Street Address:** 1330 Ave of Americas
**City, State and ZIP Code:** New York NY 10019

**Name:** Pearson Education
**No. Employees, Members:** 500+
**Phone No. with Area Code:**
**Street Address:** One Lane St.
**City, State and ZIP Code:** Upper Saddle River, N.J. 07458

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION TITLE V  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11/07/08  Latest:
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am an individual with a qualifying disability who has filed Title VII complaints under CRA 1964 in federal agencies & courts. Pearson Education took Averse Action against me on 11/07/08 when they denied me the testing accomodations I had requested to take the NYSTCE teacher certification exams they administer for NYS Doe - To meet my needs. They did this when against me because they knew I filed statutory Title VII complaints under CRA/1964 in the past - in federal agencies and courts - because they were defendants under NYS in the past.

The reason they gave was also Aversive to me - It was more Prevent.

The Averse action Pearson / Pearson Ed took Against me Prevents me from being employed as a certified teach in New York State.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** 0/2/09
**Charging Party Signature:** [signature]

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: PEARSON EDUCATION
EEOC Charge No.: 520-2009-01611
FEPA Charge No.:

February 24, 2009

William DiGianni
2147 83rd Street
Brooklyn, NY 11214

Dear Mr. DiGianni:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

- [X]  Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ]  The Age Discrimination in Employment Act (ADEA)
- [ ]  The Americans with Disabilities Act (ADA)
- [ ]  The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]  Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3766

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)

# U.S. Equal Employment Opportunity Commission

## Dismissal and Notice of Rights

To: **William DiGianni**
2147 83rd Street
Brooklyn, NY 11214

From: **New York District Office**
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2009-01612 | Roxanne Zygmund, Investigator | (212) 336-3764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Spencer H. Lewis, Jr.,
Director

2/27/09
(Date Mailed)

Enclosures(s)

cc: **NYS DEPARTMENT OF EDUCATION**
Attn: Office Of Legal Services
89 Washington Avenue
Albany, NY 12234

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 520 2009 01612

and EEOC

State or local Agency, if any

Name: Mr. William DiGianni
Date of Birth: 11/24/80
Street Address: 2147 83rd St., Brooklyn, N.Y. 11214

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

Name: New York State Department of Education
No. Employees, Members: 500+
Street Address: 89 Washington Ave, Albany, N.Y. 12234

Name: Richard Miller, Commissioner for New York State Dept of Ed
Street Address: 89 Washington Ave, Albany, N.Y. 12234

DISCRIMINATION BASED ON:
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  Title VII  ☐ AGE  ☐ DISABILITY  ☐ OTHER  ☐ CONTINUING ACTION

DATE(S) DISCRIMINATION TOOK PLACE:
Earliest: 11/07/08  Latest: —

THE PARTICULARS ARE:

I am an individual who has filed statutory Title VII complaints in the past under the Civil Rights Act of 1964, in the past in EEOC, OCR and in federal court for employment discrimination vs. New York State Department of Education, NYS, and Richard Mills, the Commissioner of Ed for NYS. Took adverse action against me on 11/07/08, when they denied me the testing accommodations I had requested to take the NYSTCE teacher certification exams to meet my needs because I had filed statutory Title VII complaints under the CRA of 1964, in the past. They knew I did - because they were the defendant. - And the reason they gave me was further aversive - by being mere PRETEXT.

The adverse action NYS DOE took against me prevents me from being employed as a certified teacher in NYS.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/2/09
Charging Party Signature: [signed]

NOTARY - When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# U.S. Equal Employment Opportunity Commission
## New York District Office

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: NYS DEPARTMENT OF EDUCATION
EEOC Charge No.: 520-2009-01612
FEPA Charge No.:

February 24, 2009

William DiGianni
2147 83rd Street
Brooklyn, NY 11214

Dear Mr. DiGianni:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]   Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3766

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3630
General FAX: (212) 336-3625

William A. DiGianni
2147 83rd Street
Brooklyn, NY 11214

Re:   William DiGianni v. NYS Department of Education
      EEOC Charge No: 520-2009-01612

Dear Mr. DiGianni:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information and evidence you submitted. Based on this evaluation, we can not conclude that you were subjected to an adverse employment action motivated by discriminatory animus as defined by Commission guidelines and federal law because the EEOC does not have jurisdiction over Title V.

Attached is your Dismissal and Notice of Rights. If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice. Please contact John Douglass, Supervisory Investigator at (212) 336-3765 if you have any questions.

Sincerely,

_____For
Spencer H. Lewis, Jr.
District Director

2/27/09
Date

enc.

161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | William A. DiGianni<br>2147 83rd Street<br>Brooklyn, NY 11214 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2009-01610 | John B. Douglass,<br>Supervisory Investigator | (212) 336-3765 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

Spencer H. Lewis, Jr.,
Director

2/27/09
(Date Mailed)

cc:  AMERICAN INT'L GROUP (A.I.G.)
Attn: Human Resources Director
175 Water Street 18th Floor
New York, NY 10038

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 520 2009 01616 |

and EEOC

State or local Agency, if any

Name (Indicate Mr., Ms., Mrs.): Mr. William DiGianni
Date of Birth: 11/24/80
Street Address: 2147 83rd St.   City, State and ZIP Code: Brooklyn, N.Y. 11214

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

Name: American International Group
No. Employees, Members: 500+
Phone No. with Area Code:
Street Address: 175 Water Street   City, State and ZIP Code: New York, N.Y. 10038

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION - TITLE VII  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12/25/08   Latest:
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an individual who has filed Title VII complaints under the Civil Rights Act of 1964 in federal agencies (EEOC) and in federal court in the past for employment discrimination. AIG knew that I had filed Title VII complaints because they were defendants in federal court in a prior case I had against them, AIG had learned of the Title VII complaints I had filed in federal agencies and courts for employment discrimination against other defendants.

AIG took adverse action against me on 12/25/08, when they refused to let me complete my on-line application for employment with them - just because they did not want to hire a "trouble-maker".

AIG would not let me access my on-line application any further.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/2/09   Charging Party Signature: [signature]

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
FAX (212) 336-3625
1-800-669-4000

Respondent: AMERICAN INT'L GROUP (A.I.G.)
EEOC Charge No.: 520-2009-01610
FEPA Charge No.:

February 24, 2009

William A. DiGianni
2147 83rd Street
Brooklyn, NY 11214

Dear Mr. DiGianni:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]     The Age Discrimination in Employment Act (ADEA)

[ ]     The Americans with Disabilities Act (ADA)

[ ]     The Equal Pay Act (EPA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

[X]     Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.
New York State Division Of Human Rights
Federal Contract Unit
One Fordham Plaza, 4 Fl.
Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3766

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3630
General FAX: (212) 336-3625

William A. DiGianni
2147 83rd Street
Brooklyn, NY 11214

Re: *William DiGianni v. American International Group (A.I.G.)*
EEOC Charge No: 520-2009-01610

Dear Mr. DiGianni:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information and evidence you submitted. Based on this evaluation, we can not conclude that you were subjected to an adverse employment action motivated by discriminatory animus as defined by Commission guidelines and federal law because the EEOC does not have jurisdiction over Title V.

Attached is your Dismissal and Notice of Rights. If you wish to pursue this matter further in federal court, your lawsuit must be filed within 90 days of your receipt of the Notice. Please contact John Douglass, Supervisory Investigator at (212) 336-3765 if you have any questions.

Sincerely,

_____For                                              2/27/09
Spencer H. Lewis, Jr.                                            Date
District Director

enc.