UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM DIGIANNI,

                        Plaintiff,

   -against-

PEARSON, INC., RICHARD MILLS,
Commissioner for New York State Department
of Education, NEW YORK STATE
DEPARTMENT OF EDUCATION,
AMERICAN INTERNATIONAL GROUP,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 1760 (RJD)

      A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on March 21, 2011, dismissing plaintiff's complaint with prejudice; and barring plaintiff from filing any future lawsuits in this District against any of these defendants without prior permission of the Court; it is

      ORDERED and ADJUDGED that plaintiff's complaint is dismissed with prejudice; and that the Court bars plaintiff from filing any future lawsuit in this District against any of these defendants without prior permission of the Court.

Dated: Brooklyn, New York
       March 21, 2011

                                                                ROBERT C. HEINEMANN
                                                               Clerk of Court